■ STEPHEN K. TUCKER et al., Appellants, v EDGEWATER CONSTRUCTION Co., INC., et al., Respondents. (Appeal No. 2.) [722 NYS2d 189] Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Erie County, O'Donnell, J.—Reargument.) Present—Pigott, Jr., P. J., Hurlbutt, Kehoe and Lawton, JJ.